IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-307-BO

ROBERT PAIGE-EL, )
    Plaintiff, )
  )
v. )   ORDER
  )
COMMISSIONER OF SOCIAL )
SECURITY, )
    Defendant. )

This cause comes before the Court on plaintiff's motion for entry of default judgment. [DE 7]. As Clerk's Default has not been entered in this case pursuant to Fed. R. Civ. P. 55(a), consideration of a request for entry of default judgment is premature. The motion [DE 7] is therefore DENIED without prejudice.

On August 11, 2022, the Court ordered that all matters relating to the instant complaint are to proceed in case No. 5:22-CV-266-BO and that this case would be closed. [DE 6]. Plaintiff is reminded to caption all future filings with case No. 5:22-CV-266-BO.

SO ORDERED, this _1_ day of March 2023.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE